**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**EARL CRAFT, JR.,**

***Plaintiff*,**

**v.** **Case No.: 5:26cv211-MW/MJF**

**CENTURION OF FLORIDA, LLC, et al.,**

***Defendants*.**

______________________________/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 9, is **accepted and adopted** as this Court's opinion. The motion for leave to proceed *in forma pauperis*, ECF No. 8, is **DENIED**. The Clerk shall enter judgment stating, "Plaintiff's action is **DISMISSED without prejudice** to Plaintiff initiating a new case accompanied by payment of the $405.00 fee in its entirety." The Clerk shall close the file.

**SO ORDERED on November 13, 2026.**

**s/Mark E. Walker**
**United States District Judge**